Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
        tlewis@swlaw.com
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA M. WINDER-HEDGEMAN; | Case No. 2:18-cv-00208-RFB-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; | |
| Defendants. | **(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Diana M. Winder-Hedgeman ("Plaintiff"), through her attorneys, Haines & Krieger, LLC, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's response to Plaintiff's Complaint is currently due March 2, 2018. In the interest of conserving client and judicial resources, Plaintiffs and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **March 30, 2018**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

1

2    DATED this 20th day of February, 2018.

3

4    | HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
|---|---|
5    | By: ___/s/ Rachel B. Saturn___ <br> David H. Krieger, Esq. (NV Bar No. 9086) | By: ___/s/ Tanya N. Lewis___ <br> Kelly H. Dove (NV Bar No. 10569) |
6    | Rachel B. Saturn, Esq. (NV Bar No. 8653) <br> 8985 S. Eastern Avenue, Suite 350 | Tanya N. Lewis (NV Bar No. 8855) <br> 3883 Howard Hughes Parkway, Suite 1100 |
7    | Las Vegas, NV 89123 <br> *(signed with permission)* | Las Vegas, NV 89169 <br> Telephone:  (702) 784-5200 |
8    | | Facsimile:  (702) 784-5252 |
     | *Attorneys for Plaintiff Diana Winder-* | *Attorneys for Defendant* |
9    | *Hedgeman* | *Wells Fargo Bank, N.A.* |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1

## <u>ORDER</u>

2

3

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's**

4

**Complaint shall be extended to on or before March 30, 2018.**

5

**IT IS SO ORDERED.**

6

_____

7

UNITED STATES MAGISTRATE JUDGE

8

DATED February ___23___, 2018.

9

Respectfully submitted by:

10

SNELL & WILMER L.L.P.

11

_/s/ Tanya N. Lewis_
Tanya N. Lewis, Esq.

12

3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

13

Telephone:  (702) 784-5200
_Attorneys for Defendant_

14

_Wells Fargo Bank, N.A._

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: February 20, 2018

/s/     Nissa Riley
An Employee of SNELL & WILMER L.L.P.

4842-6725-9741

- 4 -