1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Tanya N. Lewis, Esq.
   Nevada Bar No. 8855
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email: kdove@swlaw.com
6         tlewis@swlaw.com
7  *Attorneys for Defendant
   Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA M. WINDER-HEDGEMAN;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION;<br><br>　　　　　Defendants. | Case No. 2:18-cv-00208-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

It is hereby stipulated by and between Plaintiff Diana M. Winder-Hedgeman ("Plaintiff"), through her attorneys, Haines & Krieger, LLC, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's response to Plaintiff's Complaint is currently due March 30, 2018. In the interest of conserving client and judicial resources, Plaintiffs and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **April 20, 2018**, in which to file its responsive pleading. This is the parties' second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 23nd day of March, 2018.

| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: /s/ Rachel B. Saturn<br>David H. Krieger, Esq. (NV Bar No. 9086)<br>Rachel B. Saturn, Esq. (NV Bar No. 8653)<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br> *(signed with permission)*<br><br>*Attorneys for Plaintiff Diana Winder-Hedgeman* | By: /s/ Tanya N. Lewis<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant<br>Wells Fargo Bank, N.A.* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before April 20, 2018.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED March 26, 2018

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: March 23, 2018

                                                  */s/     Nissa Riley*
                                                  An Employee of SNELL & WILMER L.L.P.

4842-6725-9741