Kelly H. Dove, Esq.
Nevada Bar No. 10569
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA M. WINDER-HEDGEMAN;<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION;<br><br>Defendants. | Case No. 2:18-cv-00208-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

It is hereby stipulated by and between Plaintiff Diana M. Winder-Hedgeman ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

WHEREAS, Plaintiff filed the Complaint on March 16, 2018;

WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo shall respond to Plaintiff's Complaint on or before May 11, 2018.

**IT IS SO STIPULATED.**

DATED: April 16, 2018.

| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Rachel B. Saturn*<br>David H. Krieger, Esq. (NV Bar No. 9086)<br>Rachel B. Saturn, Esq. (NV Bar No. 8653)<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br> *(signed with permission)*<br><br>*Attorneys for Plaintiff Diana Winder-Hedgeman* | By: */s/ Karl O. Riley*<br>Kelly H. Dove<br>Karl O. Riley<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

## **ORDER**

IT IS ORDERED Wells Fargo Bank, N.A. shall respond to Plaintiff's Complaint on or before May 11, 2018.

**IT IS SO ORDERED.**

DATED: April 19, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4841-5950-1666